

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-19-2012

# Mars Home For Youth v. NLRB

Precedential or Non-Precedential: Precedential

Docket No. 11-1250

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Mars Home For Youth v. NLRB" (2012). *2012 Decisions.* Paper 1484.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1484

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 13, 2011

No. **11-1250 & 11-1590**


MARS HOME FOR YOUTH,

                                                    Petitioner/Cross Respondent

                    v.


NATIONAL LABOR RELATIONS BOARD,

                                                    Respondent/Cross Petitioner


THE PENNSYLVANIA SOCIAL SERVICES UNION, LOCAL 668 OF
THE SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO,

                                        Intervenor


(NLRB-1: 6CA-37135)


Present:  MCKEE, Chief Judge, FUENTES and GREENBERG, Circuit Judges.

    Motion by Respondent/Cross Petitioner, National Labor Relations Board, to
    Publish an Unreported Decision.


                                        Respectfully,
                                        Maria L. Reyes, Case Manager

_____ORDER_____

The foregoing motion is granted.



                        By the Court,



                        /s/  Julio M. Fuentes
                        Circuit Judge


Dated: January 19, 2012

cc:  Ronald J. Andrykovitch, Esq.
      Ruth E. Burdick, Esq.

Chairman Linda Dreeben, Esq.
MacKenzie Fillow, Esq.
Amy H. Ginn, Esq.
Jill A. Griffin, Esq.
Jessi D. Herman, Esq.
Usha Dheenan, Esq.
Claudia Davidson, Esq